**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
─────────────────────────────────

**FALLS LAKE INSURANCE COMPANY,**

              Plaintiff,          21 cv 1396 (JGK)

     - against -              <u>ORDER</u>

**RIAY CONSTRUCTION CORP, ET AL.,**

              Defendants.
─────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The plaintiff should file an Order to Show Cause for a Default Judgment by April 29, 2021.

    **SO ORDERED.**

**Dated:**    **New York, New York**
            **April 15, 2021**        _____/s/ John G. Koeltl_____
                                                    **John G. Koeltl**
                                          **United States District Judge**