UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FALLS LAKE NATIONAL INSURANCE
COMPANY,

              *Plaintiff*,

      -against-

RIYA CONSTRUCTION CORP. and 7 WEST 82
LLC,

              *Defendants*
------------------------------------------------------------X

21-cv-1396-JGK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/21

## ORDER TO SHOW CAUSE

Upon the declaration of Steven Verveniotis dated April 22, 2021, the affidavit of Kevin Diggns, and the plaintiff's memorandum of law in support of its motion for a default judgment, it is ORDERED:

That defendants Riya Construction Corp. and 7 West 82 LLC shall respond in writing to this Order to Show Cause for a default judgment by **May 7, 2021**. If the defendants fail to respond by that date, judgment may be entered against them and the defendants will have no trial. The plaintiff may reply by **May 14, 2021**.

The plaintiff shall serve a copy of this Order to Show Cause (and supporting papers) by **April 26, 2021** and shall file proof of service by **May 3, 2021**.

No personal appearances are required in connection with this Order to Show Cause.

Dated: New York, New York

ISSUED: April 23, 2021

                                                                HON. JOHN G. KOELTL,
                                                            UNITED STATES DISTRICT JUDGE