USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/04/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FALLS LAKE INSURANCE COMPANY,

               Plaintiff,      21 cv 1396 (JGK)

- against -                 ORDER

RIYA CONSTRUCTION CORP., ET AL.,

               Defendants.

JOHN G. KOELTL, District Judge:

The conference scheduled for June 7, 2021 is canceled in view of the fully briefed pending motion.

SO ORDERED.

Dated:    New York, New York
           June 4, 2021

                                          John G. Koeltl
                                   United States District Judge