UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FALLS LAKE INSURANCE COMPANY,

              Plaintiff,        21 cv 1396 (JGK)

      - against -            ORDER

RIYA CONSTRUCTION CORP., ET AL.,

              Defendants.

JOHN G. KOELTL, District Judge:

The plaintiff should submit a proposed declaratory judgment by June 11, 2021.

    SO ORDERED.

Dated:    New York, New York
          June 4, 2021

                                  John G. Koeltl
                              United States District Judge

USDS SDNY
DOCUMENT
ELECTRONI[CALLY FILED]
DOC #: _____
DATE FILED: 6-4-21